IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIM PEARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CV-567 |
| ) | |
| VILLAGE OF BROADVIEW, MAYOR ) | |
| SHERMAN C. JONES, BUILDING ) | |
| COMMISSIONER DAVID UPSHAW, and the ) | |
| VILLAGE BOARD OF TRUSTEES ) | |
| COLLECTIVELY AS AGENTS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

NOW COME the Defendants, the VILLAGE OF BROADVIEW, MAYOR SHERMAN C. JONES, BUILDING COMMISSIONER DAVID UPSHAW, and the VILLAGE BOARD OF TRUSTEES COLLECTIVELY AS AGENTS, by and through their attorney Cynthia S. Grandfield of Del Galdo Law Group, LLC, and present this Notice of Removal, hereby requesting the removal of this case, originally filed in the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof, state as follows:

1. The initial complaint in this case was filed in May of 2017, made out state law tort claims of negligence and fraud in the inducement.

2. That complaint was dismissed without prejudice in November of 2017 by Judge Shelley of the Circuit Court of Cook County Law Division, and Plaintiff was given leave to file an amended complaint alleging Constitutional claims.

3. On January 10th, 2018, Plaintiff filed an amended complaint in the Circuit Court of Cook County, as Case No. 17 L 005081 and sent a copy of the amended complaint to defense counsel via e-mail.[1]

4. Pursuant to 28 U.S.C. § 1446(a), the following documents are attached: the initial complaint as *Exhibit A;* the dismissal order attached as *Exhibit B*; and the amended complaint as *Exhibit C.*

5. All defendants consent to the removal of this matter to the United States District Court for the Northern District of Illinois. This notice is timely filed within thirty (30) days of service of the amended complaint pursuant to 28 U.S.C. § 1446(b)(3), which for the first time raised claims that would make this case subject to federal jurisdiction.

6. Count I of the Amended Complaint has original jurisdiction under the provision of 28 U.S.C. §§ 1331 and 1343, and is an action which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §§ 1441 and 1443, in that Count I of the Complaint is an action brought for alleged violations of Plaintiff's Procedural Due Process Rights.

Respectfully submitted,
Defendants

By: /s/ *Cynthia S. Grandfield*
Cynthia S. Grandfield

K. Austin Zimmer
Cynthia S. Grandfield (ARDC No. 6277559)
*Attorneys for the Defendants*
1441 S. Harlem Avenue
Berwyn, Illinois 60402
(708) 222-7000 (t)
(708) 222-7001 (f)

---

[1] Plaintiff appears to have inadvertently filed an incomplete copy of the amended complaint with the Circuit Court of Cook County – thus Defendants attach that as well as what was emailed to defense counsel and is a complete copy.