| | | |
|---|---|---|
| JIM PEARSON | ) | CASE# |
| | ) | |
| Plaintiff, | ) | 2017L005081 |
| | ) | CALENDAR/ROOM W |
| v. | ) | TIME 00:00 |
| | ) | Fraud |
| VILLAGE OF BROADVIEW, MAYOR SHERMAN | ) | |
| C. JONES, BUILDING COMMISIONER, DAVID | ) | |
| UPSHAW, AND THE VILLAGE BOARD OF | ) | |
| TRUSTEES COLLECTIVELY AS AGENTS | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff Jim Pearson (Plaintiff) by and through his attorney Don Perry, and complains against Defendants, VILLAGE OF BROADVIEW, MAYOR SHERMAN C. JONES, BUILDING COMMISIONER DAVID UPSHAW, AND THE VILLAGE BOARD OF TRUSTEES COLLECTIVELY AS AGENTS, (Defendants) and states as follows.

## INTRODUCTION

1.     This is an action against the Defendants, sounding in Negligence, Fraud, and Fraud in the Inducement. This action arises out of the Defendants refusal to grant the Plaintiff a hearing regarding the renewal of his 6B Tax Classification regarding his property located at 2601 S. 25th Avenue, Broadview IL, 60155. This refusal was based upon the rejection of an attempted bribe solicited by the Defendants in exchange for the granting of said renewal. Further, as a direct result of this solicitation, a contract for the purchase of the Plaintiff's property fell through, which has caused actual injury and damages to the Plaintiff.

## PARTIES AND JURISDICTION

2.     Plaintiff, Jim Pearson (Plaintiff) by and through counsel Don Perry, brings this action.

3.     Defendants Sherman C. Jones, David Upshaw, and the Village of Broadview Board of Trustees, (Defendants) acting as agents of the Village of Broadview.

4.     At all times relevant hereto, Defendants Sherman C. Jones, David Upshaw, and the Village of Broadview Board of Trustees were located in the County of Cook, in the State of Illinois.

## GENERAL ALLEGATIONS

5.     On or about January 14, 2005, the Plaintiff purchased commercial property located at 2601 S. 25th Avenue, Broadview IL, 60155.

6.     Subsequent to said purchase, on or about April 14, 2005, the Plaintiff submitted his 6B eligibility application to the Cook County Assessor's Office, which was approved.
(See Exhibit A)

7.     Subsequent to said approval by the Cook County Assessor's Office, on or about June 20, 2005, the Village of Broadview, Mayor Henry Vicenik, and the Village Board of Trustees, passed a resolution approving the Plaintiff's 6B status. (See Exhibit B)

8.     On or about April 31, 2014, the Plaintiff submitted his 6B renewal application to The Cook County Assessor's Office. (See Exhibit C)

9.     On or about September 19, 2014, the Plaintiff sent a letter to then Mayor Sherman C. Jones, and the Village Board of Trustees notifying them that said renewal application had been filed with the Cook County Assessor's Office, and its acceptance was contingent upon a resolution being granted by the Village supporting same, and requested that the matter be considered by the Village Board at its earliest convenience. (See Exhibit D)

10.    The Defendant's refused to consider the Plaintiff's request, stating that they no longer approved any 6B resolutions. However, the Village subsequently solicited a $50,000.00 payoff

from the Plaintiff's prospective buyer, stating that "a $50,000.00 campaign donation would make the process go much smoother."

11.     Plaintiff's prospective buyer refused, and rescinded their contract offer whereby causing the Plaintiff to lose hundreds of thousands of dollars.

## COUNT I – NEGLIGENCE

12.     The Plaintiff re alleges and specifically incorporates by reference herein Paragraphs 1 through 11 of this Compliant as this Paragraph 11, as if fully stated herein.

13.     The Plaintiff alleges that upon receipt of his letter dated September 19, 2014, requesting a resolution hearing regarding the renewal of his 6B status, the Defendants had a duty to provide and hold a Board meeting to consider his renewal application.

14.     Plaintiff alleges that by not providing the Plaintiff with an opportunity present his renewal application to the Village Board, that the Defendants breached said duty.

15.     Plaintiff alleges that based upon the Plaintiff's breach of duty, a Letter of Intent to purchase the Plaintiff's property for $2,750,000.00 was withdrawn. (See Exhibit E)

16.     The Plaintiff alleges that the Defendants are the cause in fact of his injuries, but for the Defendant's negligent conduct, the Plaintiff's buyer would not have withdrawn their Letter of Intent.

17.     The Plaintiff alleges that the Defendants are the proximate cause of his injuries. It was foreseeable as a municipality, that withholding a 6B tax certification for a commercial property would have a detrimental effect regarding any attempt to sell said property.

18.     The Plaintiff lost a potential buyer for his property at a sale price of $2,750,000.00, and subsequently sold the property to a different buyer for $2,350,000.00 Further, this took place approximately two years later, after the Defendants passed a 6B resolution in the buyer GRAYMILLS CORPORATIONS name on February 25, 2016, **prior to the closing of the sale of the property?** The Defendants conduct resulted in documented actual damages of $400,000.00 to the Plaintiff.

(See Exhibits F1 & F2)

WHEREFORE, Plaintiff prays that this Court grant Judgment to the Plaintiff, and find the Defendants liable for his actual damages of $400,000.00, and any and all Court Costs, and Attorney Fees, and any further relief this court deems just.

## COUNT II - FRAUD AND FRAUD IN THE INDUCEMENT

19.     The Plaintiff re alleges and specifically incorporates by reference herein Paragraphs 1 through 18 of this Compliant as this Paragraph 19, as if fully stated herein.

20.     Plaintiff alleges, that as stated above, upon receipt of his letter dated September 19 2014, that the Defendants refused to grant him a hearing with the Village Board regarding a resolution for the renewal of his 6B status.

21.     Plaintiff further alleges, that the Defendants told him the Village of Broadview would no longer be issuing 6B resolutions to anyone.

22.     Plaintiff alleges, that the prospective buyer of his property paid a visit to the Village of Broadview's Municipal Offices to inquire about the status of the Plaintiff's renewal, and was told

by Building Commissioner David Upshaw, that "a $50,000.00 campaign contribution would make the process go much smoother."

23.    Plaintiff alleges, that after the prospective buyer was told this by the Building Commissioner, they withdrew their letter of intent.

24.    Plaintiff alleges, that on or about February 10, 2016, he received a signed Purchase & Sale Agreement from Graymills Corporation. (See Exhibit F1)

25.    Plaintiff alleges, that a short time after he received the above mentioned Purchase & Sale Agreement, he discovered that on February 16, 2016, the Defendants had approved a 6B resolution for Graymills Corporation, even though they were not yet the owner of the property at the time the resolution was passed.

26.    Plaintiff alleges, that upon this discovery he sent a letter of inquiry and a FOIA request to the Defendants regarding this discovery. (See Exhibit G)

27.    Plaintiff alleges, that on or about March 3, 2016, he received a hand delivered response to his FOIA request. Among the documents tendered regarding the Plaintiff's FOIA request, was Graymills Corporation's purported 6B renewal application to the Cook County Assessor's Office. Notably, said application was undated, unsigned, and was not stamped as being received by the Assessor's Office. Also included was the resolution approval for Graymills Corporation dated February 25, 2016. (See Exhibits H & F2)

28.    Plaintiff alleges, that; 1) the Defendants made false statements of material fact, 2) that the Defendants knowingly made these statements, 3) That the Defendants made these false statements to induce a bribe for the issuance of a 6B renewal, 4) That the Plaintiff and his prospective buyer

relied on these statements to their detriment, because of their refusal to pay said bribe, and 5) that the Plaintiff has suffered actual damages of $400,000.00.

WHEREFORE, Plaintiff prays for the following relief:

1.    That the Court find the Defendants liable for Fraud, and Fraud in the Inducement.

2.    That the Court award the Plaintiff actual Damages of $400,000.00.

3.    That the Court award the Plaintiff Punitive Damages of $400,000.00, and any and all further relief this Court deems just.

Don Perry
Attorney at Law
1200 Ravinia Place
Orland Park, IL 60462
(708) 675-7119
Attorney # 47744

Respectfully Submitted

Don Perry

## **CERTIFICATION**

As attorney for the Plaintiff, in the above-captioned matter, I hereby certify that I have read the foregoing pleading and have complied with Supreme Court Rule 137.

Don Perry

Don Perry
Attorney at Law
1200 Ravinia Place.
Orland Park, IL 60462
(708) 675-7119
Attorney # 47744



*EXHIBIT A*

## COOK COUNTY ASSESSOR'S OFFICE
### James M. Houlihan, Assessor

118 North Clark
Room 301
Chicago, IL 60602
(312) 603-5300
www.cookcountyassessor.com

## CLASS 6b
## ELIGIBILITY APPLICATION

Control Number

**This application and supporting documentation (except drawings and surveys) must be filed in duplicate prior to the commencement of construction or reoccupancy.**

### Applicant Information

Name: _25th Avenue Properties L.L.C_ Telephone:(773) _5445876_

Federal Employer Identification Number: _20-1996702_

Address: _2601 South 25th Avenue_

City: _Broadview_ State: _IL_ Zip Code: _60155_

### Contact Person (if different than Owner)

Name: _James Pearson_ Telephone:(773) _5445876_

Company Name: _N/A_

Address: _2601 South 25th Avenue_

City: _Broadview_ State: _IL_ Zip Code: _60155_

### Property Description (per PIN)

**If you are applying for more than three different PINs, please submit the additional PINs in an attachment.**

Street address:

(1) _2601 South 25th Avenue Broadview IL 60155_

Permanent Real Estate Index Number: _15-22-300-013_

(2) _2601 South 25th Avenue Broadview IL 60155_

Permanent Real Estate Index Number: _15-22-300-019_

OFFICE OF
COUNTY ASSESSOR
**RECEIVED**

APR 1 4 2005

## INCENTIVES DEPT.

(3) _____ N/A _____

Permanent Real Estate Index Number: _____

City: _____ State: _____ Zip Code: _____

Township: _____ Proviso _____

Split Codes: _____ Existing Class: _____ 5-93 _____

Attach legal description, site dimensions and square footage, and **building dimensions and square footage.**

SEE Attached Survey    Exhibit A.

## Identification of Persons Having an Interest in the Property

Attach a complete list of all owners, developers, occupants and other interested parties (including all beneficial owners of a land trust) identified by names and addresses, and the nature and extent of their interest.

See Attached Exhibit B

## Property Use

Attach a detailed description of the precise nature and extent of the intended use of the subject property, specifying in the case of multiple uses the relative percentages of each use.

Include copies of materials which explain each occupant's business, including corporate letterhead, brochures, advertising material, leases, photographs, etc.

## Nature of Development

Indicate nature of the proposed development by checking the appropriate space:

[ ] New Construction (Read and Complete Section A)

[ ] Substantial Rehabilitation (Read and complete Section A)

[✓] Abandoned Property -- Purchased For Value (Read and complete Section B)

[ ] Abandoned Property--Substantially Rehabilitated (Read and complete Section B)

[✓] Abandoned Property -- Both Purchased For Value and Substantially Rehabilitated (Read and complete Section B)

A. If the proposed development consists of *new construction* or *substantial rehabilitation*, provide the following information:

Estimated date of construction commencement (excluding demolition, if any):

_____ June 2005 _____

2

Estimated date of construction completion: _____ June 2006 _____

Attach copies of the following:

(1)  specific description of the proposed new construction or substantial rehabilitation
(2)  current plat of survey for subject property — Exhibit A
(3)  1st floor plan or schematic drawings — Exhibit B
(4)  building permits, wrecking permits and occupancy permits (including date of issuance)
(5)  complete description of the cost and extent of substantial rehabilitation or new construction (including such items as contracts, itemized statements of all direct and indirect costs, contractor's affidavits, etc.)

B.  If the proposed development consists of the reoccupancy of *abandoned property*, provide the following information:

(1)  Was the subject property vacant and unused for at least 24 continuous months prior to purchase for value or substantial rehabilitation?

    [X] YES          [ ] NO

When and by whom was the subject property last occupied and used?

_____ Central Distributing Co.       Nov. 2002 _____

Attach copies of the following documents:

(a)  sworn statements from persons having personal knowledge attesting to the fact and duration of vacancy and abandonment
(b)  records (such as statements of utility companies), indicating that the property has been vacant and unused and the duration of such vacancy   see Exhibit 3
(c)  if abandoned for less than 24 months, include the findings for "abandonment" as determined by the municipality (or County Board, if located in an unincorporated area) along with the ordinance or resolution from the County Board stating its approval for the less than 24 month abandonment period.

(2)  If the subject property has been purchased for value within the last 90 days:

Date of purchase: _____ 1/14/2005 _____

Name of purchaser: _____ 25th Avenue Properties L.L.C _____

Name of seller: _____ Cosmopolitan Bank & Trust #7514   Jay Novick _____

Relationship of purchaser to seller: _____ None _____

3

Attach copies of the following documents:

(a) sale contract
(b) recorded deed — Exhibit #4
(c) assignment of beneficial interest
(d) real estate transfer declaration — Exhibit #5

(3)    If this property will be subject to substantial rehabilitation, repair or remodeling within one (1) year following the date of this application:

Estimated date on which such rehabilitation, repair or remodeling will commence: _____ June 2005 _____

Estimated date of completion: _____ June 2006 _____

Attach copies of the following:

(a)    specific description of the proposed substantial rehabilitation
(b)    current plat of survey for subject property
(c)    1st floor plan or schematic drawings
(d)    building permits, wrecking permits and occupancy permits    (including date of insurance)
(e)    complete description of the cost and extent of substantial rehabilitation (including such items as contracts, itemized statements of all direct and indirect costs, contractor's affidavits, etc.)

(4)    When was the subject property substantially reoccupied?

_____

Attach copies of the following documents:

(a)    sworn statements from persons having personal knowledge attesting to reoccupancy of the subject property
(b)    occupancy permits issued by the appropriate units of local government
(c)    utility bills, records or statements tending to show that the subject property was reoccupied

## *Employment Opportunities*

How many construction jobs will be created as a result of this development? _____

How many permanent full-time and part-time employees do you now employ in Cook County?
    Full-time: _____ 40 _____    Part-time: _____

How many new permanent full-time jobs will be created as a result of this proposed development?
40 + 50

4

How many new permanent part-time jobs will be created as a result of this proposed development? _____20_____

### Local Approval

*See Exhibit F.*

A certified copy of a resolution or ordinance from the municipality in which the real estate is located (or the County Board, if the real estate is located in an unincorporated area) should accompany this Application. The ordinance or resolution must expressly state that the municipality supports and consents to this Class 6b Application and that it finds Class 6b necessary for development to occur on the subject property. If a resolution is unavailable at the time the application is filed, a letter from the municipality or the County Board stating that a resolution or ordinance supporting the incentive has been requested may be filed instead. If at a later date the municipality or the County Board denies the applicant's request for a resolution or ordinance, the applicant will be deemed ineligible for the Class 6b incentive, whether or not construction has begun. In all circumstances, the resolution must be submitted by the time the applicant files a "Real Estate Assessed Valuation Appeal" (Form 4819).

**I, the undersigned, certify that I have read this Application and that the statements set forth in this Application and in the attachments hereto are true and correct, except as those matters stated to be on information and belief and as to such matters the undersigned certifies that he/she believes the same to be true.**

_____
Signature if Owners*

_____4-12-2005_____
Date

_____
Title

**\*Note: If title to the property is held in trust or by a corporation or a partnership, this Class 6b Eligibility Application must be signed by the beneficiary, officer and/or general partner.**

**FOR ASSISTANCE IN PREPARING THIS APPLICATION, PLEASE CONTACT THE ASSESSOR'S OFFICE, SPECIFIC PROPERTIES DEPARTMENT AT (312) 603-5331.**

# THE VILLAGE OF BROADVIEW
## COOK COUNTY, ILLINOIS

# RESOLUTION
## 2005-08

## A RESOLUTION INDICATING MUNICIPAL SUPPORT AND CONSENT TO THE FILING OF AN APPLICATION BY 25th AVENUE PROPERTIES, LLC FOR A CLASS 6b INCENTIVE CLASSIFICATION FOR PROPERTY IN THE VILLAGE OF BROADVIEW, COOK COUNTY, ILLINOIS

HENRY VICENIK, Mayor
PATRICIA WILLIAMS, Village Clerk

SAM J. D'ANZA
JON FERGUSON
JAMES JOHNSON, JR.
FITZGERALD MULLINS
ROBERT L. PAYNE
MICHAEL TYL

Board of Trustees

Published in pamphlet form by authority of the Mayor and Board of Trustees of Village of Broadview on 6-20-05
Odelson & Sterk, Ltd. - Village Attorneys - 3318 West 95ᵗʰ Street - Evergreen Park, Illinois 60805

## RESOLUTION NO. 2005-08

# A RESOLUTION INDICATING MUNICIPAL SUPPORT AND CONSENT TO THE FILING OF AN APPLICATION BY 25th AVENUE PROPERTIES, LLC FOR A CLASS 6b INCENTIVE CLASSIFICATION FOR PROPERTY IN THE VILLAGE OF BROADVIEW, COOK COUNTY, ILLINOIS

**WHEREAS**, the Cook County Board of Commissioners has adopted the Cook County Real Property Classification Ordinance which provides for a Class 6b Incentive Classification designed to encourage industrial development throughout Cook County by offering a real estate tax incentive for the development of new industrial facilities, the rehabilitation of existing industrial structures, and the industrial reutilization of abandoned buildings; and

**WHEREAS**, Class 6b Incentive Classification requires that the municipality in which the industrial facility is or will be located expressly supports and consents to the filing of a Class 6b application; and

**WHEREAS**, the Village of Broadview has considered the merits of approving a 6b Classification for 25TH AVENUE PROPERTIES, LLC for the property located at 2601 South 25th Avenue, Broadview, Illinois, and legally described in Exhibit "A," attached hereto and made a part hereof (the "Subject Property"); and

**WHEREAS**, the Board of Trustees has determined that the granting of a 6b Incentive Classification to 25TH AVENUE PROPERTIES, LLC is necessary for industrial development and rehabilitation to occur on the Subject Property and will be beneficial to the Village of Broadview, Illinois.

-2-

**NOW, THEREFORE,** be it resolved by the Mayor and the Board of Trustees of the Village of Broadview, Cook County, Illinois, in the exercise of Broadview's municipal powers as follows:

**SECTION 1:**    The recitals set forth above are incorporated herein by reference and made a part hereof, the same constituting the factual basis for this resolution.

**SECTION 2:**    The Mayor and Board of Trustees expressly support and consent to the granting of a Cook County 6b Incentive Classification to 25TH AVENUE PROPERTIES, LLC for the Subject Property located at 2601 South 25th Avenue, Broadview, Illinois, which is legally described in Exhibit "A," which is attached hereto and incorporated herein and made a part of this resolution.

**SECTION 3:**    That the Board of Trustees finds that the granting of a Class 6b Incentive Classification is necessary for industrial development to occur at the Subject Property, and for its reutilization, rehabilitation and reconstruction.

**SECTION 4:**    If any section, paragraph, clause or provision of this resolution shall be held invalid, the invalidity thereof shall not effect any of the other provisions of this resolution.

**SECTION 5:**    All resolutions in conflict herewith are hereby repealed to the extent of such conflict.

**SECTION 6:**    This resolutions shall be in full force and effect from and after its passage, approval and publication as provided by law.

-3-

**ADOPTED** by the Mayor and Board of Trustees of the Village of Broadview, Cook

County, Illinois, on _____, 2005, by the following roll call vote:

|                       | YES | NO | ABSENT | PRESENT |
|-----------------------|-----|----|--------|---------|
| D'Anza                | X   |    |        |         |
| Ferguson              |     |    | X      |         |
| Johnson               | X   |    |        |         |
| Mullins               | X   |    |        |         |
| Payne                 |     |    | X      |         |
| Tyl                   |     | x  |        |         |
| (President Vicenik)   |     |    |        | X       |
| TOTAL                 | 3   | 1  | 2      | 1       |

APPROVED by the Mayor on _____ June  20 _____, 2005.

Henry Vicenik
Mayor

ATTEST:

Patricia C. Williams
Village Clerk

-4-

# EXHIBIT "A"

LOT 6 IN KLEFSTAD'S BROADVIEW INDUSTRIAL PARK, BEING A SUBDIVISION IN
THE SOUTHEAST 1/4 OF SECTION 22, TOWNSHIP 39 NORTH, RANGE 12 EAST OF
THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN:    15-22-300-013

STATE OF ILLINOIS     )
                              ) SS
COUNTY OF COOK     )

### CERTIFICATION

I, PATRICIA WILLIAMS, DO HEREBY CERTIFY that I am the duly qualified and elected Clerk of the Village of Broadview, Cook County, Illinois, and that as such Clerk I do have charge of and custody of the books and records of the Village of Broadview, Cook County, Illinois.

I DO HEREBY FURTHER CERTIFY that the foregoing is a full, true and correct copy of Resolution No. 2005-08, "A Resolution indicating municipal support and consent to the filing of an application by 25th Avenue Properties, LLC for a 6b Incentive Classification for Property in the Village of Broadview, Cook County, Illinois," adopted and approved by the Mayor and Board of Trustees of the Village of Broadview, Illinois, this _20th_ day of _____June_____ , 2005.

IN WITNESS WHEREOF, I have hereunto affixed my hand and the Corporate Seal of the Village of Broadview, Cook County, Illinois, this 20th day of _____June_____ , 2005.

_Patricia Williams_

PATRICIA WILLIAMS
Village Clerk
Village of Broadview
Cook County, Illinois

# EXHIBIT C



## COOK COUNTY ASSESSOR
### JOSEPH BERRIOS

COOK COUNTY ASSESSOR'S OFFICE
118 NORTH CLARK STREET, CHICAGO, IL 60602
PHONE: 312.443.7550  FAX: 312.603.3352
WWW.COOKCOUNTYASSESSOR.COM

## CLASS 6B/8
## RENEWAL APPLICATION

Control Number
[ ]

A certified copy of the resolution or ordinance obtained from the municipality in which the real estate is located, or from the Cook County Board if located in an unincorporated area, must accompany this Renewal Application. This application, a filing fee of $500.00, and supporting documentation (except drawings and surveys) must be filed.  For assistance in preparing this Renewal Application, please contact the Assessor's Office, Development Incentives Department, (312) 603-4137.

### I. Identification of Applicant

25th AVENUE PROPERTIES LLC

Name: CENTRAL BEVERAGE CO   Telephone: ( ) 708-344-6602

Federal Employer Identification Number: 13-4020127

Address: 2601 SOUTH 25TH AVENUE

City, State: BROADVIEW IL  Zip Code: 60155

Email Address: DLS @ CENTRAL BEVERAGE. COM

### Agent/Representative (if any)

Name: JAMES PEARSON   Telephone: ( ) 773 544-5876

Address: 2601 S 25th Ave

City, State: Broadview  IL  Zip Code: 60155

Email Address: TVPEARSON 52 @ YAHOO . COM

### II. Description of Subject Property

Street address: 2601 S 25th Avenue

City, State: Broadview  IL  Zip Code: 60155

Township: ~~PROVISO~~ PROVISO

Property Index Number(s): 15-22-300-019-0000

15-22-300-013-0000

## III. Identification of Persons or Entities Having an Interest

Attach a current and complete list of all owners, developers, occupants and other interested parties (including all beneficial owners of a land trust) identified by names and addresses, and the nature and extent of their interest.

Attach legal description, site dimensions and square footage, and building dimensions and square footage.

SEE ATTACHED

## IV. Property Use

Attach a current and detailed description of the precise nature and extent of the use of the subject property, specifying in the case of multiple uses the relative percentages of each use.

If there have been any changes from the original application, include current copies of materials which explain each occupant's business, including corporate letterhead, brochures, advertising material, leases, photographs, etc.

SEE ATTACHED

## V. Nature of Development

**Indicate the nature of the original development allowing the Class 6B designation**

[ ] New Construction

[ ] Substantial Rehabilitation

[ ] Substantial Rehabilitation of Abandoned Property – Not Purchased For Value

[ ✓ ] Occupation of Abandoned property – Purchased For Value

[ ] Occupation of Abandoned Property – Purchased For Value in combination with New Construction or Substantial Rehabilitation

## VI. Employment

How many permanent full-time and part-time employees do you now employ in Cook County?

Full-time: 100        Part-time: 06

## VII. Cook County Living Wage Ordinance ( For Industrial Projects Only)

✓ Please mark the space to the left in order to confirm that the applicant has obtained and reviewed a copy of the Code of Ordinances of Cook County, Chapter 34, Article IV, Division 1 and The Cook County Living Wage Ordinance, Sec. 34-127 et seq., as amended (the "Ordinance").

**Please mark the appropriate blank below to indicate which statement applies to the applicant.**

✓ Applicant is currently paying a living wage to its employees, as defined in the Ordinance.

OR

_____ Applicant is not required to pay a living wage, pursuant to the Ordinance.

## VIII. Local Approval

A certified copy of a resolution or ordinance from the municipality in which the real estate is located (or the County Board, if the real estate is located in an unincorporated area) must accompany this renewal. The ordinance or resolution must expressly state that the municipality supports and consents to this Class 6b Renewal and has determined that the industrial use of the property is necessary and beneficial to the local economy.

I, the undersigned, certify that I have read this Renewal Application and that the statements set forth in this Renewal Application and in the attachments hereto are true and correct, except as those matters stated to be on information and belief and as to such matters the undersigned certifies that he/she believes the same to be true.

_____        ___4|31|14_____
Signature                                Date

DONNA L SPAGNOLA
Print Name

PRESIDENT / MANAGER
Title

3 of 3

1/25/2011

## III. Identification of Persons or Entities Having an Interest

*Owners:*

| Mr. James Pearson | Mr. Mark Muench | Mr. Patrick Savaiano | Ms. Donna Spagnola |
|---|---|---|---|
| 2334 N Wayne | 632 Nelson Circle | 1139 White Fence Lane | 1729 N Sheffield Ave |
| Chicago, IL 60614 | Westmont, IL 60559 | Addison, IL 60101 | Chicago, IL 60614 |
| *50.0% interest* | *16.66% interest* | *16.66% interest* | *16.66% interest* |

*Occupant:*

Pamado Inc. dba Central Beverage Company
Beverage distributor and sole tenant
Mr. Muench, Mr. Savaiano and Ms. Spagnola are the owners of Central Beverage Company

*Legal Description:*

Lots 5 and 6 in Broadview college subdivision of that part of the west 250ft of the SW ¼ of section
22, township 39 north, range 12 east of the third principal meridian in Cook County, Illinois
recorded as doc # 1683723.
Parcels # 15-22-300-13, 019-0000
Site dimensions – 407.86 ft x 451.5 ft; 184,149 sq ft or 4.23 acres
Building dimensions – 119,817 sq ft

## V. Property Use:

The property is zoned CC Industrial District. The total building space of 119,817 is made up of
20,422 of office space and 99,375 of high ceilinged (22 ft- 30 ft clearance) warehouse space.
The building is used as a beverage distribution warehouse and office space.  This use is unchanged
from the original application use.



**25ᵗʰ Avenue Properties LLC**
**2601 South 25ᵗʰ Avenue**
**Broadview, IL 60155**

September 19, 2014

Mayor/Village President Sherman Jones
Board of Trustees
Village of Broadview
2350 South 25ᵗʰ Avenue
Broadview, IL 60155

Dear Mayor Jones and Village Board of Trustees,

Please consider this letter a request for board consideration and approval for renewal of the Class 6B application currently granted 25ᵗʰ Avenue Properties LLC for the building at 2601 South 25ᵗʰ Avenue in Broadview. This property is currently occupied by Central Beverage Company, a beverage distributor who services retail locations in the Chicago metro area.

This 6B incentive renewal has been filed with the Cook County Assessor's office, but their acceptance is contingent on receipt of a resolution granted by the village of Broadview supporting the incentive. A copy of the application is attached for your review.

In 2002, Central Beverage Company was formed and occupied 30% of the building at 2601 South 25ᵗʰ Avenue. In 2004, ownership served notice to Central Beverage to vacate the building because of a purchase agreement accepted by the owner. Central Beverage at that time prepared to relocate to a building in Summit Illinois. In late 2004 the purchasers defaulted and 25ᵗʰ Avenue Properties LLC was formed and agreed to purchase the building. Central Beverage remained an occupant of 30% of the building.

The initial 6B incentive was granted in 2005. To date, this has been a success story of a 6B incentive working and doing what it is intended to do -- provide local economic stimulus and jobs. In 2005, Central Beverage Company employed 35 people. Due in large part to their ability to stay in Broadview at 2601 South 25ᵗʰ Avenue, they have been able to grow their business and they now have over 100 full time employees. Central Beverage occupied 35,000 sq ft in 2005; they now occupy almost 100,000 sq ft.

The average annual wage and benefit package for their full time employees exceeds $60,000. Health and pension benefits are provided to their employees. Their employee make up is both union, represented by Teamsters Local 703, and non-union. Their employees are ethnically and gender diverse and many reside in the immediate local area.

It is Central Beverage Company's desire to stay in Broadview and continue to grow their business and employee headcount. However, they operate in a very competitive environment where it is becoming increasingly difficult for revenue growth to cover cost increases. Their ability to stay in business in Broadview will be heavily affected by your decision to continue the 6B incentive.

Please advise us at your earliest convenience of your consideration of a resolution supporting the continuance of the 6B Incentive. We would be pleased to attend the board meeting where such consideration will take place.

Donna L. Spagnola
Member

James Pearson
Owner/Member

**Jim Pearson** <tvpearson52@yahoo.com>

Mar 3



me

On Tuesday, September 15, 2015 6:30 AM, Jim Pearson <tvpearson52@yahoo.com> wrote:

Hi Steve, Please have the purchasers prepare a formal contract for my review. This contract should reflect an as is condition. The 60 day due diligence should include a detail list. If I accept a deal at this price I will not give a credit for any roof , mechanical or any other condition. The contract should be straight forward and basic and include an earnest money check. Please call me when you have this; I don't access my email daily. Thanks Jim 773-544-5876

-----------------------------------------------

On Thu, 9/10/15, Steve Stone <Steve.Stone@transwestern.com> wrote:

Subject: RE: Broadview Letter of Intent
To: "Jim Pearson" <tvpearson52@yahoo.com>
Cc: "Joel Friedland" <Joel.Friedland@transwestern.com>
Date: Thursday, September 10, 2015, 9:41 PM

Jim, Per our conversation
today,

Please consider
this the counteroffer to your most recent response:

Price: $2,750,000

Due Diligence/financing: 60
days

All other terms and
conditions from the previous letter of intent to remain the
same.

This letter of intent
is non-binding, and as is customary is subject to both
parties executing a fully details purchase contract which

**will include all final terms and conditions.**

Steve Stone
Director

TRANSWESTERN
5600 N. River Road, Suite 150
Rosemont, Illinois 60018
Direct: 847.588.5650
Mobile:
847.401.1253
steve.stone@transwestern.com
www.transwestern.com

---

From:
Jim Pearson [tvpearson52@yahoo.com]
Sent: Friday, August 21, 2015 12:47 PM
To: Steve Stone
Subject: Re:
Broadview Letter of Intent

Hi Steve, Thanks for the offer. We will counter
offer $2,950,000.  with a 30 day period for inspection and
finance approval. thanks Jim 773-544-5876
-----------------------------------------------
On Thu, 8/20/15, Steve Stone <Steve.Stone@transwestern.com>
wrote:

 Subject: Broadview
Letter of Intent
 To: "tvpearson52@yahoo.com"
<tvpearson52@yahoo.com>
 Date: Thursday, August 20, 2015, 12:28 PM

Jim, attached you will
find a
letter of intent from Sam's Beauty to purchase
the property at 2601 S. 25th Ave in
Broadview.

You can reach me at any
time to discuss:
847 401 1253

Best,

Steve Stone

Director

TRANSWESTERN

5600 N. River Road, Suite
150

Rosemont, Illinois
60018

Direct:
847.588.5650

Mobile:
847.401.1253

steve.stone@transwestern.com

www.transwestern.com

**PURCHASE AND SALE AGREEMENT**

by

and

between

**25TH AVENUE PROPERTIES LLC**

AN ILLINOIS LIMITED LIABILITY COMPANY

"Seller"

and

**GRAYMILLS CORPORATION**

AN ILLINOIS CORPORATION

"Purchaser"

Dated as of

February 10, 2016

# AGREEMENT FOR PURCHASE AND SALE
## OF REAL ESTATE

**THIS AGREEMENT FOR PURCHASE AND SALE OF REAL ESTATE** (this "Agreement") is entered into as of the ___ day of February, 2016 (the "Effective Date"), by and between 25th **AVENUE PROPERTIES, LLC**, an Illinois limited liability company ("Seller"), and **GRAYMILLS CORPORATION**, an Illinois corporation ("Purchaser").

The parties hereto agree as follows:

1.    **Purchase and Sale.** Seller shall sell to Purchaser and Purchaser shall purchase from Seller, subject to the terms and conditions of this Agreement, the real property consisting of approximately 4.24 acres of land improved with one (1) building totaling approximately 119,817 square feet located at 2601 South 25th Avenue in the City of Broadview, County of Cook, State of Illinois, and more particularly described on Exhibit A attached hereto and incorporated herein by this reference (the "Land"), including all tenements, hereditaments, easements, rights of way, privileges and appurtenances thereto, together with (i) all improvements and all fixtures attached and appurtenant to, or forming part of, the Land ("Improvements"), (ii) Seller's right title and interest, if any, in and to all machinery and equipment, supplies and other tangible personal property owned by Seller and located on or in the Land and Improvements as of the Effective Date, but excluding (A) any and all books, records, furniture, fixtures, equipment, machinery, inventory, supplies or any other personal property owned by Central Beverage Company (the "Tenant"), and (B) the items listed on Exhibit "B" attached hereto and made a part hereof (collectively, "(A)" and "(B)" being referred to herein as the "Excluded Personal Property"); the aforesaid personal property less and except the Excluded Personal Property to be referred to herein as the "Personal Property"; collectively, the Land, Improvements, and Personal Property are hereinafter referred to as the "Property").

2.    **Purchase Price.** The purchase price for the Property shall be Two Million Three Hundred Fifty Thousand Dollars ($2,350,000) (the "Purchase Price").

3.    **Payment of Purchase Price.** The Purchase Price shall be payable by Purchaser to Seller on the Closing Date (defined in Paragraph 13 herein) as follows:

(a)    Fifty Thousand Dollars ($50,000) as an earnest money deposit (the "Deposit"), in the form of a cashier's check or wire transfer to Chicago Title Insurance Company, 10 South LaSalle Street, Suite 3100, Chicago, Illinois 60603, Attention: Andres R. Bardelas (the "Title Company"), shall be delivered within five (5) business days after the Effective Date, and held in the usual form strict joint order escrow in accordance with this Agreement. The Deposit may, in Purchaser's reasonable judgment, be deposited in an interest bearing account in a federally-insured institution, and, except as provided in Paragraph 21B, all interest earned on the Deposit shall be the property of Purchaser.

## RESOLUTION NO. R-2016-08

### A RESOLUTION SUPPORTING THE RENEWAL OF A 6B CLASSIFICATION FOR CERTAIN REAL PROPERTY LOCATED AT 2601 SOUTH 25TH AVENUE IN THE VILLAGE OF BROADVIEW, COUNTY OF COOK, STATE OF ILLINOIS.

\* \* \* \* \*

WHEREAS, the Village of Broadview, County of Cook, State of Illinois (the "Village") is a duly organized and existing village created under the provisions of the laws of the State of Illinois, and is now operating under the provisions of the Illinois Municipal Code, and all laws amendatory thereof and supplementary thereto, with full powers to enact ordinances and adopt resolutions for the benefit of the residents of the Village; and

WHEREAS, the Village President, the Honorable Sherman Jones (the "President") and the Board of Trustees of the Village, namely, the Honorable Kevin McGrier, Gwenevere Turner, Judy Brown-Marino, John Ealey, Diane Little and Tara Brewer (the "Village Board"), constitute the duly elected, qualified and acting officials of the Village (collectively, the President and Village Board constitute the "Corporate Authorities"); and

WHEREAS, the Village wishes to promote the development and retention of industry in the Village; and

WHEREAS, the Cook County Real Property Assessment Classification Ordinance (hereinafter the "County Ordinance"), as amended from time to time, provides a system for classifying certain real property located within Cook County for real estate tax assessment purposes; and

WHEREAS, the County Ordinance seeks to support industrial and commercial development within Cook County, which is intended to increase employment opportunities and strengthen the real property tax base; and

WHEREAS, the County Ordinance creates a 6b property classificatithat applies to certain qualifying real property as determined by the County Ordinance; and

WHEREAS, real property classified under a Class 6b designation is granted a lower tax assessment by the County for a predetermined number of years; and

WHEREAS, a Class 6b designation may be renewed from time to time with consent of the Village Board; and

WHEREAS, there currently exists certain vacant real property located within the Village that has a Class 6b designation that is about to expire, which is commonly known as 2601 South 25th Avenue, Broadview, IL, and further identified by Property Index Numbers: 15-22-300-019-0000 and 15-22-300-013-0000 (hereinafter the "Subject Property"); and

WHEREAS, Graymills Corporation (hereinafter, the "Applicant") wishes to acquire the Subject Property; however, the Applicant has indicated that a renewal of the Class 6b incentive is a necessary condition for its purchase of the Subject Property; and

WHEREAS, the Applicant seeks the Village's support for its application for the renewal of the Class 6b designation of the Subject Property; and

WHEREAS, the Village has determined that the Applicant's intended industrial use of the Subject Property is necessary and beneficial to the local economy in that it contributes to the Village's tax base; and

WHEREAS, the Corporate Authorities hereby support and consent to the renewal of the Class 6b designation for the Subject Property and that such support is necessary and in the best interest of the Village and its residents.

NOW, THEREFORE, BE IT RESOLVED by the President and the Board of Trustees of the Village of Broadview, County of Cook, State of Illinois, as follows:

## ARTICLE I.
## IN GENERAL

### Section 1.0    Incorporation Clause.

All of the recitals hereinbefore stated as contained in the preambles to this Resolution are full, true and correct, and the Corporate Authorities do hereby, by reference, incorporate and make them part of this Resolution as legislative findings.

### Section 2.0    Purpose.

The purpose of this Resolution is to support, approve and consent to the Applicant's request for renewal of the Class 6b designation of the Subject Property.

### Section 3.0    Invocation of Authority.

This Resolution is adopted pursuant to the authority granted to the Village by the Constitution of the State of Illinois and the Illinois Compiled Statutes.

### Section 4.0    State Law Adopted.

All applicable provisions of the Illinois Compiled Statutes, including the Illinois Municipal Code, as may be amended from time to time, relating to the purposes of this Resolution are hereby incorporated herein by reference.

## ARTICLE II.
## APPROVE AND CONSENT TO THE RENEWAL OF A CLASS 6B DESIGNATION FOR THE SUBJECT PROPERTY

### Section 5.00   Support for Renewal of Class 6B Designation.

That the Corporate Authorities hereby support and consent to the request of the Applicant to renew the Class 6b designation for the Subject Property. Further, the President and Village Board recognize that the incentives provided by the Class 6b designation are necessary and beneficial to the local economy and are necessary to facilitate continued development throughout

3

the Village community.

The President or his designee is hereby authorized and directed to undertake all steps necessary to carry out the intention of this Resolution including the expenditure of all necessary funds.

That the Village Clerk is hereby authorized and directed to attest to and countersign the any such documentation as may be necessary to carry out and effectuate the purpose of this Resolution, and is further authorized and directed to affix the Seal of the Village to such documentation as is necessary.

That the Village hereby authorizes the officers, employees and/or agents of the Village to take all action necessary or reasonably required to carry out, give effect to and consummate the intent of this Resolution and to take all action necessary in conformity therewith.

That the Village hereby ratifies any and all previous action taken to effectuate the intent of this Resolution.

## ARTICLE III.
## HEADINGS, SAVINGS CLAUSES,
## PUBLICATION, EFFECTIVE DATE

**Section 6.0    Headings.**

The headings for the articles, sections, paragraphs and sub-paragraphs of this Resolution are inserted solely for the convenience of reference and form no substantive part of this Resolution nor should they be used in any interpretation or construction of any substantive provisions of this Resolution.

### Section 7.0    Severability.

The provisions of this Resolution are hereby declared to be severable and should any provision, clause, sentence, paragraph, sub-paragraph, section, or part of this Resolution be determined to be in conflict with any law, statute or regulation by a court of competent jurisdiction, said provision, clause, sentence, paragraph, sub-paragraph, section, or part shall be excluded and deemed inoperative, unenforceable, and as though not provided for herein, and all other provisions shall remain unaffected, unimpaired, valid and in full force and effect. It is hereby declared to be the legislative intent of the Corporate Authorities that this Resolution would have been adopted had not such unconstitutional or invalid provision, clause, sentence, paragraph, sub-paragraph, section, or part thereof been included.

### Section 8.0    Superseder.

All code provisions, ordinances, resolutions and orders, or parts thereof, in conflict herewith are, to the extent of such conflict, hereby superseded.

### Section 9.0    Publication.

A full, true and complete copy of this Resolution shall be published in pamphlet form or in a newspaper published and of general circulation within the Village as provided by the Illinois Municipal Code, as amended.

[Remainder of this page is intentionally blank]

## Section 10.00 Effective Date.

This Resolution shall be in full force and effect upon its passage, approval and publication, as provided by law.

On The Individual Poll and Voice Vote Of The Board Of Trustees:

| | YES | NO | ABSENT | PRESENT |
|---|---|---|---|---|
| McGrier | ✓ | | | ✓ |
| Turner | ✓ | | | ✓ |
| Brown-Marino | ✓ | | | ✓ |
| Ealey | ✓ | | | ✓ |
| Little | ✓ | | | ✓ |
| Brewer | ✓ | | | ✓ |
| (Mayor Jones) | | | | ✓ |
| TOTAL | 6 | 0 | 0 | 7 |

[Remainder of this page is intentionally blank]

6

SO PASSED, ADOPTED, APPROVED AND ENACTED IN AND AT THE VILLAGE OF BROADVIEW, COUNTY OF COOK, STATE OF ILLINOIS, THIS 16TH DAY OF FEBRUARY 2016 A.D.

APPROVED:

_____

VILLAGE PRESIDENT

2/25/16

ATTEST: _____ by: _____

Village Clerk                              Deputy Clerk

(SEAL)

SEAL

Recorded in the Municipal Records:

Published in Pamphlet Form:

7

Jim Pearson
725 Ruskin Drive
Elk Grove Village, IL  60007
773-544-5876

Mr. Garrett Walters
Village Clerk

Village Board Members
Village of Broadview
2350 South 25th Avenue
Broadview, IL  60155

Dear Mr. Walters and Board Members:

On behalf of 25th Avenue Properties LLC, owner of the building located at 2601 South 25th Avenue, please consider this letter a formal request for the 6B tax incentive renewal application for said property be placed on the docket for approval action at the March 21, 2016 Village Board meeting, or sooner if possible.  Such renewal application has previously been made and not yet acted upon by the Village Board.

However, it is our understanding a 6B tax incentive renewal approval resolution for said property has been granted by the Village Board to Graymills Corporation, who has an agreement to purchase said property but is not yet the owner of the property and does not currently occupy the property.

Based on information received from the Cook County Assessor's legal office, a 6B renewal can only be granted to the current owner of the property, ie 25th Avenue Properties LLC.  As such, Graymills Corporation will be unable to secure the 6B renewal at the County level unless the 6B has been previously granted to 25th Avenue Properties LLC.  If the intention is to approve Graymills Corporation receiving a 6B tax incentive, it must be done through a resolution approving the 6B renewal application to 25th Avenue Properties LLC, which will then accrue to Graymills Corporation upon the closing of the sale.

We are perplexed, however, and concerned as to how Graymills Corporation was granted a 6B renewal approval resolution by the Village Board prior to their closing on the sale of said property, yet 25th Avenue Properties LLC, the current owner of the property, has been unable to obtain such renewal approval resolution, despite repeated requests for such approval.   We are therefore questioning why the current owners of the property are being treated in a different and possibility discriminatory manner from a proposed owner of the property.

We are hoping to place this matter before the Board on March 21, 2016 or sooner and come to a fair resolution for the current owners of 2601 South 25th Avenue.  We request this matter be reviewed and acted upon timely in order to proceed with the impending sale.

We thank you for your consideration.


Jim Pearson
Member
25th Avenue Properties LLC

Jim Pearson
725 Ruskin Drive
Elk Grove Village, IL   60007
773-544-5876

Mr. Garrett Walters
Village Clerk
Village of Broadview
2350 South 25th Avenue
Broadview, IL   60155

Dear Mr. Walters:

Please consider this letter a request under the Freedom of Information Act for a copy of the 6B resolution and any supporting documents associated with such resolution presented to and acted upon by the Village Board on February 16, 2016 for Graymills Corporation.

Please call me at the number above when the documents are available for pick up at the Village Hall.

Thank you

Jim. Pearson

EXHIBIT H

# Village of Broadview

**TRUSTEES**
TARA BREWER
JUDY BROWN-MARINO
JOHN EALEY
DIANNE LITTLE
KEVIN MCGRIER
GWENEVERE TURNER

**VILLAGE CLERK**
GARNET WALTERS
**COLLECTOR**
LEONOR SANCHEZ
**TREASURER**
THOMAS HOOD
**VILLAGE ATTORNEYS**
PHILIP M. FORNARO
& ASSOCIATES, LTD.

*Municipal Building*

2350 South 25th Avenue • Broadview, Illinois 60155-3800

1-708-681-3600 • FAX 1-708-681-2018

**SHERMAN C. JONES, President (Mayor)**

March 3, 2016

<u>**Hand delivered**</u>

Jim Pearson
725 Ruskin Drive
Elk Grove Village, IL 60007

Dear Mr. Pearson:

Thank you for writing to Village of Broadview with your request for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq. On March 2, 2016, you requested the following documents:

1. "… A copy of the 6B resolution and any supporting documents associated with such resolution present to and acted upon by the Village Board on February 16, 2016 for Graymills Corporation."

**Village Response:**

1. "… A copy of the 6B resolution and any supporting documents associated with such resolution present to and acted upon by the Village Board on February 16, 2016 for Graymills Corporation."- **Your request has been granted. Enclosed is copy of Resolution R-2016-08 and the renewal application to the Cook County Assessor's Office as presented to the Village Board on February 16, 2016.**

**If you should have any questions, please contact our office at (708) 681-3600.**

Sincerely,

Leonor Sanchez
Deputy Village Clerk

# COOK COUNTY ASSESSOR
## JOSEPH BERRIOS

COOK COUNTY ASSESSOR'S OFFICE
118 NORTH CLARK STREET, CHICAGO, IL 60602
PHONE: 312.443.7550 FAX: 312.603.3352
WWW.COOKCOUNTYASSESSOR.COM

# CLASS 6B/8
# RENEWAL APPLICATION

| Control Number |
| --- |
| 61915 |

A certified copy of the resolution or ordinance obtained from the municipality in which the real estate is located, or from the Cook County Board of Commissioners if located in an unincorporated area, must accompany this Renewal Application. This application, resolution and a filing fee of $500.00 must be filed. For assistance in preparing this Renewal Application, please contact the Cook County Assessor's Office Development Incentives Department at (312) 603-7529.

## I.   Identification of Applicant

Name: Graymills Corporation          Telephone: (773) 477-7100

Address:  3705 N. Lincoln Ave.

City, State: Chicago, IL                    Zip Code:  60613

Email Address:

### Agent/Representative (if any)

Name:  Craig Shields          Telephone: (773) 477-7100

Address:  3705 N. Lincoln Ave.

City, State:  Chicago, IL                    Zip Code:  60613

Email Address:  cshields@graymills.com

## II.   Description of Subject Property

Street address:  2601 S. 25th Ave.

City, State:  Broadview, IL                    Zip Code:  60155

Permanent Real Estate Index Number (s):  15-22-300-019-0000

Township:  Proviso

**III.** **Identification of Persons or Entities Having an Interest**

Attach a current and complete list of all owners, developers, occupants and other interested parties (including all beneficial owners of a land trust) identified by names and addresses, and the nature and extent of their interest.

**Current Owner: 25th Ave. Properties, LLC, an Illinois Limited Liability Company.**

Attach legal description, site dimensions and square footage, and building dimensions and square footage. **See attached legal description.**

**IV.** **Property Use**

Attach a current and detailed description of the precise nature and extent of the use of the subject property, specifying in the case of multiple uses the relative percentages of each use.

**The original Class 6b application was for Central Beverage Company, which recently moved its operations out of 2601 S. 25th Ave., Broadview, Illinois.**

**The current occupant is Graymills Corporation. The building located at 2601 S. 25th Ave., Broadview, Illinois consists of 119,817 square feet. Graymills uses approximately 90% of the building square footage for manufacturing, including manufacturing equipment, staging/cueing of raw materials, and finished product storage. Approximately 10% of the building square footage will be used for office space. Graymills' technical, administrative, and executive personnel in the office space support Graymills' manufacturing operations.**

If there have been any changes from the original application, include current copies of materials which explain each occupant's business, including corporate letterhead, brochures, advertising material, leases, photographs, etc.

**See attached presentation for information about Graymills Corporation and its products and services.**

**V.** **Nature of Development**

Indicate the nature of the original development receiving the Class 6B/8 designation.
**Nature of Development: Purchase of Abandonment with Substantial Rehabilitation - No Special Circumstance (2005)**

2

[ ] New Construction

[ X] Substantial Rehabilitation

[ X] Occupation of Abandoned Property - No Special Circumstance

[ ] Occupation of Abandoned Property - With Special Circumstance

## VI. Employment

How many permanent full-time and part-time employees do you now employ?

**On-Site:**  Full-time: 0          Part-time:  0

**In Cook County:** Full-time: 70          Part-time:  0

## VII. Local Approval

A certified copy of a resolution or ordinance from the municipality in which the real estate is located (or the County Board, if the real estate is located in an unincorporated area) must accompany this renewal. The ordinance or resolution must expressly state that the municipality supports and consents to this Class 6B/8 Renewal and has determined that the industrial use of the property is necessary and beneficial to the local economy.

_Craig Shields_ I, *the undersigned, certify that I have read this Renewal Application and that the statements set forth in this Renewal Application and in the attachments hereto are true and correct, except as those matters stated to be on information and belief and as to such matters the undersigned certifies that he/she believes the same to be true.*

_____    _____
**Signature**                                    **Date**

_____
**Print Name**

_____
**Title**

*Revised November 4, 2014*

4

# INCENTIVES CLASS LIVING WAGE ORDINANCE AFFIDAVIT

  Craig Shields                                    as agent for the applicant set forth below,   who is seeking a classification incentive as referenced below, I do hereby state under oath as follows:

1.  As the agent for the applicant set forth below, I have personal knowledge as to the facts stated herein.

2.  The property identified by PIN(s) with commonly known address(es), listed in Exhibit A attached and herein incorporated, are/is the subject of a pending application/renewal (circle as appropriate) for one of the following development incentives provided by the Code of Ordinances of Cook County, Chapter 74, Article II, Division 2, The Cook County Real Property Assessment Classification Ordinance, Sec.74-60 et seq., as amended:
    X   Class 6b_____Class 8 (industrial property)_____Class 9

3.  The Cook County Assessor's Office has issued the following control number regarding this application/renewal (circle as appropriate),_____.

    4.  I have reviewed the Code of Ordinances of Cook County, Cook County Living Wage Ordinance, as amended (the "Ordinance"), and certify that the applicant is in compliance with the above referenced Cook County Living Wage Ordinance, due to one of the following options (check as appropriate):

     X    Applicant is currently paying a living wage to its employees, as defined in the Ordinance.

       OR

     _____ Applicant is not required to pay a living wage, pursuant to the Ordinance.

Further affiant sayeth not.


_____          Craig Shields, President & Chief Engineer
**Agent's Signature**                                    _____
                                                                          **Agent's Name & Title**


3705 N. Lincoln Ave., Chicago, IL 60613            773-477-7100
**Agent's Mailing Address**                                 **Agent's Telephone Number**


Graymills Corporation                                3705 N. Lincoln Ave., Chicago, IL 60613
**Applicant's Name**                                          **Applicant's Mailing Address**

cshields@graymills.com
**Applicant's e-mail address**


Subscribed and sworn before me this_____day of_____, 20_____.


_____
**Signature of Notary Public**

5

# EXHIBIT A
*(Please type or Print)*

| PIN(s) | Common Address |
|---|---|
| 15-22-300-019-0000 | 2601 S. 25th Ave., Broadview, IL 60155 |
| 15-22-300-013-0000 | 2601 S. 25th Ave., Broadview, IL 60155 |

1/30/15

6

# Legal Description of Property

Lot 5 (except the South 18.72 feet thereof) and all of Lot 6 in Klefstad's Broadview Industrial Park, being a subdivision in the Southwest 1/4 of Section 22, Township 39 North Range 12 East of the Third Principal Meridian, in Cook County, Illinois.

PIN Numbers: 15-22-300-013-0000 and 15-22-300-019-0000

Property Address: 2601 South 25th Avenue, Broadview, Illinois 60155

The land is approximately 4.24 acres with one building consisting of 119,817 square feet.

[ This is page is blank intentionally]

CLERK OF THE CIRCUIT COURT

ATTT: 47744   020 SBENOIT
AD DAMNUM:              $400,000.00
CASE NO: 20?-L000001      CALENDAR: W
COURT DATE: 0/0/0000 12:00AM
CASE TOTAL: $368.00
Automation
Document Storage                $25.00
Law Library                     $25.00
Arbitration                     $21.00
Base Filing Fee 6               $10.00
Dispute Resolution             $240.00
Court Services                   $1.00
Children Waiting Rm             $25.00
Access Justice Fund             $10.00
e-Business                       $2.00
                                 $9.00
CHECK NO: 1494

CHECK AMOUNT:                  $736.00
CHANGE                           $0.00
TRANSACTION TOTAL:             $736.00