# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIM PEARSON | ) |
|  | ) CASE# 1:18-cv-00567 |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| VILLAGE OF BROADVIEW, MAYOR SHERMAN C. JONES, BUILDING COMMISIONER, DAVID UPSHAW, AND THE VILLAGE BOARD OF TRUSTEES COLLECTIVELY AS AGENTS | ) ) ) ) |
|  | ) |
| Defendants. | ) |

**DISCLOSURES OF PLAINTIFF JIM PEARSON PURSUANT TO FED. R. CIV. P. 26(e)**

Plaintiff Jim Pearson submits the following disclosures pursuant to their obligations under Fed. R. Civ. P. 26(e) and reserve the right to supplement these disclosures as further information becomes available or as otherwise required pursuant to rule or the order of this Court.

**A. The names, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

| **Name and Contact Information** | **Subject Information** |
|---|---|
| Jim Pearson<br>c/o Don Perry Esq.<br><br>The Perry Law Office<br>1200 Ravinia Place<br>Orland Park, IL 60462<br>Phone:(708) 675-7119<br>dperrylaw@gmail.com | Jim Pearsons' personal knowledge of the facts alleged in the Complaint, including, but not limited to actual damages suffered. |

| | |
|---|---|
| Steve Stone<br>Transwestern<br>5600 N. River Rd. Suite 150<br>Rosemont, IL 60018<br>(847) 588-5650<br>Steve stone@transwestern.com | Steve Stones' personal knowledge of the Letter of Intent to purchase the subject property tendered on September 10, 2015, and his knowledge of the attempted solicitation of a $50,000 bribe. |

Plaintiff reserves the right to supplement this list as any further information becomes known or otherwise available.

**B. A copy of, or description by category and location of all documents, data compilation, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Plaintiff will produce the following documents:

1. Copies of all communications between the Plaintiff and the Defendants regarding his 6b Classification renewal application, tendered to the Defendants on or about September 19, 2014.

2. Copies of all communications between the Plaintiff and parties associated with the Letter of Intent tendered on September 10, 2015.

**C. Itemization of Damages.**

Plaintiff seeks actual Damages suffered as a result of the Defendants conduct, and Punitive Damages.

Damages to date include,

1. The Plaintiff's actual damages of $400,000 due to the conduct of the Defendants regarding his 6b Classification renewal application.

2. Actual damages in an amount yet to be determined, including, but not limited to:

    a. Legal expenses arising from Defendant's conduct.

Respectfully Submitted

Don Perry /s/  Don Perry_____
Attorney at Law
1200 Ravinia Place.
Orland Park, IL 60462
(708) 675-7119
dperrylaw@gmail.com